DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ANDERSON

No. 296 PC.

Case below: 42 N.C. App. 505.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

STATE v. BROADWAY

No. 278 PC.

Case below: 42 N.C. App. 257.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

STATE v. BUCKNER

No. 285 PC.

Case below: 40 N.C. App. 629.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 10 September 1979.

STATE v. BYRD

No. 263 PC.

Case below: 40 N.C. App. 172.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 10 September 1979.

STATE v. CARTER

No. 15 PC.

Case below: 42 N.C. App. 325.

Application by defendant for further review denied 25 September 1979. Motion of plaintiff to dismiss appeal for lack of significant public interest allowed 25 September 1979. Defendant's motions for appointment of counsel and application for stay of execution denied 25 September 1979.